IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

E.C.,                                    *

    Petitioner,                          *

vs.                                      *

                    CASE NO. 4:26-CV-203 (CDL)

WARDEN, STEWART DETENTION            *
CENTER, *et al.*,

                        *

    Respondents.                         *

_____     *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 30, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 24th day of April, 2026.

                            s/Clay D. Land
                            CLAY D. LAND
                            U.S. DISTRICT COURT JUDGE
                            MIDDLE DISTRICT OF GEORGIA